258

## Anna Stolberg, Appellant, v. Paul H. Stolberg, Appellee.

Gen. No. 40,932.

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940. Clarence W. Shaver, for appellant; Sonnenschein & Mitchell, for appellee; Harry L. Mitchell, of counsel. Opinion by Justice FRIEND. ''Not to be published in full.''

## People of the State of Illinois, Appellee, v. Arthur L. Whitmer, Appellant.

Gen. No. 41,074.

Heard in second division, first district, at December term, 1939; opinion filed February 23, 1940. Harold L. Levy, for appellant; Wm. Scott Stewart, of counsel; Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and Leslie V. Curtis, Assistant State's Attorneys, of counsel. Opinion by Justice FRIEND. ''Not to be published in full.''